Manny Starr (319778)
Manny@frontierlawcenter.com
Joseph A. Gross (332258)
Joseph@frontierlawcenter.com
Frontier Law Center
23901 Calabasas Road, #2074
Calabasas, CA 91302
Telephone: (818) 914-3433
Facsimile: (818) 914-3433

CHURCH STATE COUNCIL
Alan J. Reinach, Esq. SBN. 196899
Jonathon S. Cherne, SBN. 281548, of counsel
2686 Townsgate Road,
Westlake Village, CA 91359
805.413-7398
Fax: 805.497-3828
E-mail: ajreinach@churchstate.org
Jcherne@churchstate.org

Attorneys for Plaintiff
MARINO JAIR RODRIGUEZ, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARINO JAIR RODRIGUEZ, an individual; JENNIFER NORRIS MENA, an individual; WILLIAM KENNEDY, an individual; ANNE MARIE RUIZ, an individual; ROBERT RICHARD BIRCHER, an individual; CHRISTOPHER MICHAEL SACIL, an individual; ELIZABETH ALVAREZ SANCHEZ, an individual; JAMES MATTHEW BUCKLEY, an individual; JOHN DAVID ROLLAND, an individual; MARIA MAHEALANI SACIL, an individual; MICHAEL EDWARD POYTHRESS, an individual; and TERRENCE DARBY, an individual,<br><br>Plaintiffs,<br>v.<br><br>SANTA CLARA VALLEY TRANSPORTATION AUTHORITY; SHAW CONSULTING, INC.; and DOES 1 TO 100, inclusive,<br><br>Defendants. | Case No. 4:23-cv-01379-HSG<br><br>**STIPULATION FOR PLAINTIFFS TO DISMISS THEIR SECOND CAUSE OF ACTION AND FOR DEFENDANT SANTA CLARA VALLEY TRANSPORTATION AUTHORITY TO WITHDRAW ITS MOTION TO DISMISS PLAINTIFFS' SECOND CAUSE OF ACTION; ORDER**<br><br><br>Action Filed: November 14, 2022 |

Plaintiffs MARINO JAIR RODRIGUEZ, JENNIFER NORRIS MENA, WILLIAM KENNEDY, ANNE MARIE RUIZ, ROBERT RICHARD BIRCHER, CHRISTOPHER MICHAEL SACIL, ELIZABETH ALVAREZ SANCHEZ, JAMES MATTHEW BUCKLEY, DAVID ROLLAND, MARTA MAHEALANI SACIL, MICHAEL EDWARD POYTHRESS, and TERRENCE DARBY (collectively "Plaintiffs") and Defendant SANTA CLARA VALLEY TRANSPORTATION AUTHORITY ("Defendant") (collectively, the "Parties"), by and through their counsel of record, hereby stipulate as follows:

WHEREAS, Plaintiffs filed their Original Complaint on November 14, 2022. Dkt. No. 1-1. [1]

WHEREAS, Defendant answered this Complaint on February 17, 2023. Dkt. No. 1-4.

WHEREAS, Plaintiffs filed a First Amended Complaint ("FAC") on or about February 21, 2023. Dkt. No. 1-5.

WHEREAS, Defendant removed the case to this Court on March 23, 2023. Dkt. No. 1.

WHEREAS, this Court issued an order setting Initial Case Management Conference ("CMC") and Alternative Dispute Resolution ("ADR") Deadlines On March 27, 2023. Dkt. No. 5.

WHEREAS, the Parties stipulated to allow Plaintiffs to file a Second Amended Complaint ("SAC") on April 19. Dkt. No. 9.

WHEREAS, this Court issued an order granting the Parties' stipulation to allow Plaintiffs to file a SAC. Dkt. No. 12.

WHEREAS, Plaintiffs filed their SAC on May 1, 2023. Dkt. No. 14.

WHEREAS, the Court granted Plaintiffs' Motion for leave to file a Third Amended Complaint ("TAC") and Plaintiffs filed the TAC on August 1, 2023. Dkt. No. 28.

WHEREAS, Defendant filed a Motion to Dismiss Plaintiffs' Second Cause of Action in the TAC. Dkt. 31.

WHEREAS, Plaintiffs have agreed to dismiss with prejudice their Second Cause of Action.

WHEREAS, in light of Plaintiffs' agreement to dismiss their Second Cause of Action, Defendant

---

[1] All references to "Dkt. No," refers to the docket number entry for the Court's electronic filing system to filings in the above-captioned case.

RENNE PUBLIC LAW GROUP
Attorneys at Law

will withdraw its Motion to Dismiss, currently set for hearing on November 9, 2023.

THEREFORE, the Parties stipulate as follows:

1. Plaintiffs hereby dismiss with prejudice their Second Cause of Action alleging a violation of Article 1 Section 4 of the California Constitution;
2. Defendant withdraws its Motion to Dismiss, currently set for hearing on November 9, 2023;
3. Defendant will Answer the TAC within 14 days of the date of the Court's Order.

Respectfully submitted,

Dated: August 29, 2023　　　ATKINSON, ANDELSON, LOYA, RUUD & ROMO

By: _____
　　RUTH M. BOND
　　JENICA D. MALDONADO
Attorneys for Defendant SANTA CLARA VALLEY TRANSPORTATION AUTHORITY

Dated: August 29, 2023　　　FRONTIER LAW CENTER

By: _____
　　JOSEPH A. GROSS
　　MANNY M. STARR
Attorneys for Plaintiffs
MARINO JAIR RODRIGUEZ, et al.

Dated: August 29, 2023　　　CHURCH STATE COUNCIL

By: _____
　　ALAN J. REINACH
Attorneys for Plaintiffs
MARINO JAIR RODRIGUEZ, *et al.*

PURSUANT TO STIPULATION, IT IS SO ORDERED:

1. Plaintiffs hereby dismiss with prejudice their Second Cause of Action alleging a violation of Article 1 Section 4 of the California Constitution;
2. Defendant' hereby withdraws its Motion to Dismiss, currently set for hearing on November 9, 2023;
3. Defendant will Answer the TAC within 14 days of the date of this Order.

Dated: 9/7/2023

HON. HAYWOOD S. GILLIAM, JR.