Manny Starr (319778)
Manny@frontierlawcenter.com
Joseph A. Gross (332258)
Joseph@frontierlawcenter.com
Frontier Law Center
23901 Calabasas Road, #2074
Calabasas, CA 91302
Telephone: (818) 914-3433
Facsimile: (818) 914-3433

Attorneys For Plaintiff
MARINO JAIR RODRIGUEZ, et al.

Additional Attorneys Listed
On The Second Page

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
1 HARBOR DRIVE< SUITE 101
SAUSALITO, CALIFORNIA 94965-1433
TELEPHONE: (628) 234-6200
FAX: (628) 234-6899

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARINO JAIR RODRIGUEZ, an individual; JENNIFER NORRIS MENA, an individual; WILLIAM KENNEDY, an individual; ANNE MARIE RUIZ, an individual; ROBERT RICHARD BIRCHER, an individual; CHRISTOPHER MICHAEL SACIL, an individual; ELIZABETH ALVAREZ SANCHEZ, an individual; JAMES MATTHEW BUCKLEY, an individual; JOIN DAVID ROLLAND, an individual; MARIA MAHEALANI SACIL, an individual; MICHAEL EDWARD POYTHRESS, an individual; and TERRENCE DARBY, an individual,

Plaintiff,

v.

SANTA CLARA VALLEY TRANSPORTATION AUTHORITY; SHAW CONSULTING, INC.; and DOES 1 TO 100, inclusive,

Defendant.

Case No. 4:23-cv-01379-HSG

**STIPULATION SETTING AN EXTENDED SCHEDULE REGARDING THE EXCHANGE OF DOCUMENTS PURSUANT TO GENERAL ORDER 71; ORDER**

Action Filed: November 14, 2022

CHURCH STATE COUNCIL
Alan J. Reinach, Esq. SBN. 196899
Jonathon S. Cherne, SBN. 281548, of counsel
2686 Townsgate Road,
Westlake Village, CA 91359
805.413-7398
Fax: 805.497-3828
E-mail: ajreinach@churchstate.org
Jcherne@churchstate.org

Attorneys For Plaintiff
MARINO JAIR RODRIGUEZ, et al.

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A Professional Law Corporation
Ruth M. Bond, (SBN 214582)
Ruth.Bond@aalrr.com
Jenica D. Maldonado, (SBN 266982)
Jenica.Maldonado@aalrr.com
Natalee Jung, (SBN 335156)
Natalee.Jung@aalrr.com
1 Harbor Drive, Suite 101
Sausalito, California 94965-1433
Telephone: (628) 234-6200
Fax: (628) 234-6899

Attorneys for Defendant SANTA CLARA VALLEY
TRANSPORTATION AUTHORITY

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
1 HARBOR DRIVE< SUITE 101
SAUSALITO, CALIFORNIA 94965-1433
TELEPHONE: (628) 234-6200
FAX: (628) 234-6899

Plaintiffs MARINO JAIR RODRIGUEZ, JENNIFER NORRIS MENA, WILLIAM KENNEDY, ANNE MARIE RUIZ, ROBERT RICHARD BIRCHER, CHRISTOPHER MICHAEL SACIL, ELIZABETH ALVAREZ SANCHEZ, JAMES MATTHEW BUCKLEY, DAVID ROLLAND, MARTA MAHEALANI SACIL, MICHAEL EDWARD POYTHRESS, and TERRENCE DARBY (collectively "Plaintiffs") and Defendant SANTA CLARA VALLEY TRANSPORTATION AUTHORITY ("Defendant") (collectively, the "Parties"), by and through their counsel of record, hereby stipulate as follows:

WHEREAS, on September 6, 2023, the Court issued an Order finding that General Order No. 71—Initial Discovery Protocols for Employment Cases Alleging Adverse Action ("General Order 71"), applies to this case. Dkt. 40. Under General Order 71, the deadline for the parties to exchange documents and information is currently September 15, 2023.

WHEREAS, the Court also granted the Parties' request for an extended schedule regarding the exchange of documents pursuant to General Order 71 and directed the Parties to meet and confer and agree to a schedule.

WHEREAS, the Parties have met and conferred and stipulate as follows:

1. Plaintiffs will produce the documents listed under General Order No. 71 Part 1, subparts (2) & (3), by November 10, 2023.

2. Defendant will produce the documents listed under General Order No. 71, Part 2, subparts (2) and (3), by November 10, 2023.

Respectfully submitted,

Dated: September 12, 2023

ATKINSON, ANDELSON, LOYA, RUUD & ROMO

By: */s/ Ruth M. Bond*
RUTH M. BOND
JENICA D. MALDONADO
NATALEE JUNG

Dated: September 12, 2023

FRONTIER LAW CENTER

By: */s/ Joseph A. Gross*
JOSEPH A. GROSS
MANNY M. STARR
JANELLE CARNEY

Dated: September 12, 2023

CHURCH STATE COUNCIL

By: */s/ Alan J. Reinach*
ALAN J. REINACH

Attorneys for Plaintiffs
MARINO JAIR RODRIGUEZ, *et al.*

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
1 HARBOR DRIVE< SUITE 101
SAUSALITO, CALIFORNIA 94965-1433
TELEPHONE: (628) 234-6200
FAX: (628) 234-6899

PURSUANT TO STIPULATION, IT IS SO ORDERED:

1. Plaintiffs will produce the documents listed under General Order No. 71 Part 1, subparts (2) & (3), by November 10, 2023.

2. Defendant will produce the documents listed under General Order No. 71, Part 2, subparts (2) and (3), by November 10, 2023.

Dated: 9/13/2023

HON. HAYWOOD S. GILLIAM, JR

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
1 HARBOR DRIVE< SUITE 101
SAUSALITO, CALIFORNIA 94965-1433
TELEPHONE: (628) 234-6200
FAX: (628) 234-6899

- 3 -

006572.00005
42489178.1

Stip. Re Extended Schedule Re Exchange Of Documents Per. General Order 71; Order
Case No. 4:23-cv-01379-HSG