UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARINO JAIR RODRIGUEZ, et al.,

    Plaintiffs,

v.

SANTA CLARA VALLEY TRANSPORTATION AUTHORITY, et al.,

    Defendants.

Case No. 23-cv-01379-HSG

**SCHEDULING ORDER**

A case management conference was held on November 28, 2023. Having considered the parties' proposals, *see* Dkt. No. 46, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
| --- | --- |
| Amendment of Pleadings/ Joinder | February 23, 2024 |
| Close of Fact Discovery | July 2, 2024 |
| Dispositive Motion Hearing Deadline | September 5, 2024, at 2:00 p.m. |
| Expert Designation Cut-Off date | September 10, 2024 |
| Expert Discovery Cut-Off | October 11, 2024 |
| Pretrial Conference | November 19, 2024, at 3:00 p.m. |
| Jury Trial (7 days) | December 9, 2024, at 8:30 a.m. |

//

//

//

//

1  These dates may only be altered by order of the Court and only upon a showing of good
2  cause.  The parties are directed to review and comply with this Court's standing orders.  This order
3  terminates Dkt. No. 46.

**IT IS SO ORDERED.**

Dated: 12/13/2023

HAYWOOD S. GILLIAM, JR.
United States District Judge