1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARINO JAIR RODRIGUEZ, et al., | CASE NO. 4:23-cv-01379-HSG |
| Plaintiff, | Assigned to Hon. Haywood S. Gilliam, Jr. |
| vs. | |
| SANTA CLARA VALLEY TRANSPORTATION AUTHORITY, et al., | **ORDER GRANTING STIPULATED REQUEST TO MODIFY SCHEDULING ORDER AND INCREASE PAGE LIMITATIONS** |
| Defendants. | |

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1    The Court, having considered the Parties' stipulation regarding their request to

2  modify the case schedule and increase page limitations, orders as follows:

3      1.    The current schedule of the case is hereby vacated; and

4      2.    The revised case schedule is as follows:

| Description of the Event | Vacated Deadline | Revised Deadline |
|---|---|---|
| Close of Fact Discovery | July 2, 2024 | July 19, 2024 |
| Deadline to file Motion for Summary Judgement<br><br>Leave to file overlength briefs | August 8, 2024 | August 22, 2024<br><br>MPA up to 40 pages Opp. up to 40 pages Reply up to 20 pages |
| Deadline to file opposition to summary judgment motion | August 22, 2024 | September 5, 2024 |
| Deadline to file reply in support of summary judgment motion | August 29, 2024 | September 12, 2024 |
| Dispositive Motion Hearing Deadline | September 12, 2024 | September 26, 2024 |
| Expert Designation Cut-Off Date | September 10, 2024 | October 4, 2024 |
| Expert Discovery Cut-Off | October 11, 2024 | October 25, 2024 |
| Pretrial Conference | November 19, 2024 | November 26, 2024 |
| Trial | December 9, 2024 | December 9, 2024 |

25    In addition, the Court GRANTS the parties' request to file overlength briefs as

26  follows:

27

28

ORDER MODIFYING SCHEDULING ORDER

1     1.     Parties may file a Memorandum of Points and Authorities in support of
its summary judgment motion of up to and not more than 40 pages.

     2.     The opposing party may file an Opposition to opponent's summary
judgment motion of up to and not more than 40 pages.

     3.     The replying party may file a Reply memorandum of up to and not more
than 20 pages.

SO ORDERED.

Date:  6/14/2024

Hon. Haywood S. Gilliam, Jr.
United States District Court Judge

ORDER MODIFYING SCHEDULING ORDER