Manny Starr (319778)
Manny@frontierlawcenter.com
Joseph A. Gross (332258)
Joseph@frontierlawcenter.com
Frontier Law Center
23901 Calabasas Road, #2074
Calabasas, CA 91302
Telephone: (818) 914-3433
Facsimile: (818) 914-3433

Attorneys For Plaintiff
MARINO JAIR RODRIGUEZ, et al.

Additional Attorneys Listed
On The Second Page

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARINO JAIR RODRIGUEZ, an individual; JENNIFER NORRIS MENA, an individual; WILLIAM KENNEDY, an individual; ANNE MARIE RUIZ, an individual; ROBERT RICHARD BIRCHER, an individual; CHRISTOPHER MICHAEL SACIL, an individual; ELIZABETH ALVAREZ SANCHEZ, an individual; JAMES MATTHEW BUCKLEY, an individual; JOIN DAVID ROLLAND, an individual; MARIA MAHEALANI SACIL, an individual; MICHAEL EDWARD POYTHRESS, an individual; and TERRENCE DARBY, an individual, <br><br> Plaintiff, <br><br> v. <br><br> SANTA CLARA VALLEY TRANSPORTATION AUTHORITY; SHAW CONSULTING, INC.; and DOES 1 TO 100, inclusive, <br><br> Defendant. | Case No. 4:23-cv-01379-HSG <br><br> **STIPULATION AND ORDER RE PLAINTIFFS' CLAIMED EMOTIONAL DISTRESS DAMAGES AND DISMISSAL OF EIGHTH CAUSE OF ACTION FOR INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS** <br><br> Action Filed: November 14, 2022 |

CHURCH STATE COUNCIL
Alan J. Reinach, Esq. SBN. 196899
Jonathon S. Cherne, SBN. 281548, of counsel
2686 Townsgate Road,
Westlake Village, CA 91359
805.413-7398
Fax: 805.497-3828
E-mail: ajreinach@churchstate.org
Jcherne@churchstate.org

Attorneys For Plaintiff
MARINO JAIR RODRIGUEZ, et al.

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A Professional Law Corporation
Ruth M. Bond, (SBN 214582)
Ruth.Bond@aalrr.com
Jenica D. Maldonado, (SBN 266982)
Jenica.Maldonado@aalrr.com
Natalee Jung, (SBN 335156)
Natalee.Jung@aalrr.com
1 Harbor Drive, Suite 101
Sausalito, California 94965-1433
Telephone:  (628) 234-6200
Fax:  (628) 234-6899

Attorneys for Defendant SANTA CLARA VALLEY TRANSPORTATION AUTHORITY

Plaintiffs Marino Jair Rodriguez, Jennifer Norris Mena, William Kennedy, Anne Marie Ruiz, Robert Richard Bircher, Christopher Michael Sacil, Elizabeth Alvarez Sanchez, James Matthew Buckley, John David Rolland, Marta Mahealani Sacil, Michael Edward Poythress, and Terrence Darby (individually, a "Plaintiff," collectively, "Plaintiffs"), and Defendant Santa Clara Valley Transportation Authority ("Defendant") (collectively, "Parties"), through their respective counsel of record, hereby stipulate as follows:

WHEREAS, on August 1, 2023, Plaintiffs filed a Third Amended Complaint in the above-entitled action alleging eight causes of action, including an Eighth Cause of Action for Intentional Infliction of Emotional Distress;

WHEREAS, Defendant seeks an Independent Mental Examination ("IME") of each Plaintiff in connection with the Eighth Cause of Action for Intentional Infliction of Emotional Distress;

WHEREAS, on June 19, 2024, Plaintiffs, through their counsel of record, agreed to dismiss their Eighth Cause of Action for Intentional Infliction of Emotional Distress in lieu of Plaintiffs submitting to an IME;

THEREFORE, the Parties hereby agree to the following:

1. Plaintiffs agree to dismiss and hereby request an order dismissing the Eighth Cause of Action in the Third Amended Complaint for Intentional Infliction of Emotional Distress, with prejudice.

2. The Parties agree that following the Court's decision on the Parties' respective motions for summary judgment, the Parties shall meet and confer regarding whether Defendant still seeks to conduct an IME with respect to any remaining Plaintiff(s). Plaintiffs do not hereby waive any rights they may have to object to such an IME, including based on the expiration of the discovery period. Defendant does not hereby waive its right to seek IMEs of any remaining Plaintiff who continues to put his or her mental condition in controversy.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

| | |
|---|---|
| Dated:  August 21, 2024 | ATKINSON, ANDELSON, LOYA, RUUD & ROMO<br><br>By: _/s/ Ruth M. Bond_<br>        RUTH M. BOND<br><br>Attorneys for Defendant SANTA CLARA VALLEY TRANSPORTATION AUTHORITY |
| Dated:  August 21, 2024 | FRONTIER LAW CENTER<br><br>By: _____/s/  Manny M. Starr_____<br>            MANNY M. STARR |
| Dated:  August 21, 2024 | CHURCH STATE COUNCIL<br><br>By: _____/s/ Alan J. Reinach_____<br>            ALAN J. REINACH<br><br>Attorneys for Plaintiffs<br>MARINO JAIR RODRIGUEZ, *et al.* |

PURSUANT TO STIPULATION, IT IS SO ORDERED:

The Eighth Cause of Action in the Third Amended Complaint for Intentional Infliction of Emotional Distress is dismissed, with prejudice.

Dated: ___8/26/2024___

_____
HON. HAYWOOD S. GILLIAM, JR.