1  Manny Starr (319778)
   manny@frontierlawcenter.com
2  **FRONTIER LAW CENTER**
   23901 Calabasas Road, Suite 1084
3  Calabasas, CA 91302
   Telephone: (818) 914-3433
4

5  Alan Reinach (196899)
   ajreinach@churchstate.org
6  Jonathon S. Cherne (281548), of counsel
   Jcherne@churchstate.org
7  **CHURCH STATE COUNCIL**
   2686 Townsgate Road,
8  Westlake Village, CA 91361
9  Telephone: (805) 413-7398

10 Attorneys for Plaintiff
   MARINO JAIR RODRIGUEZ; et al.
11

12                     UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARINO JAIR RODRIGUEZ, an individual; JENNIFER NORRIS MENA, an individual; WILLIAM KENNEDY, an individual; ANNE MARIE RUIZ, an individual; ROBERT RICHARD BIRCHER, an individual; CHRISTOPHER MICHAEL SACIL, an individual; ELIZABETH ALVAREZ SANCHEZ, an individual; JAMES MATTHEW BUCKLEY, an individual; JOHN DAVID ROLLAND, an individual; MARTA MAHEALANI SACIL, an individual; MICHAEL EDWARD POYTHRESS, an individual; and TERRENCE DARBY, an individual,<br><br>Plaintiff(s),<br><br>v.<br><br>SANTA CLARA VALLEY TRANSPORTATION AUTHORITY; and SHAW HR CONSULTING, INC.; and DOES 1 to 100, inclusive,<br><br>Defendant(s). | Case No. 4:23-cv-01379-HSG<br><br>Assigned to: Hon. Judge Hayward S. Gilliam Courtroom 2<br><br>**STIPULATION AND REQUEST TO CONTINUE TRIAL AND ORDER**<br><br>[Complaint Filed: November 14, 2022] Trial Date:  December 9, 2024 |

Plaintiffs MARINO JAIR RODRIGUEZ, JENNIFER NORRIS MENA, WILLIAM KENNEDY, ANNE MARIE RUIZ, ROBERT RICHARD BIRCHER, CHRISTOPHER MICHAEL SACIL, ELIZABETH ALVAREZ SANCHEZ, JAMES MATTHEW BUCKLEY, DAVID ROLLAND, MARTA MAHEALANI SACIL, MICHAEL EDWARD POYTHRESS, and TERRENCE DARBY (collectively "Plaintiffs") and Defendant SANTA CLARA VALLEY TRANSPORTATION AUTHORITY ("Defendant") (collectively, the "Parties"), by and through their counsel of record, stipulate as follows:

WHEREAS, trial is currently scheduled to begin on December 9, 2024; and

WHEREAS, on August 22, 2024, the parties filed cross-motions for summary judgment / partial summary judgment, involving twelve (12) individual plaintiffs and multiple causes of action and those motions are fully briefed and submitted; and

WHEREAS, the parties are unable to meaningfully prepare for trial given that the cross motions could dispose of some, if not all, of Plaintiffs' or Defendant's claims/defenses and it is therefore difficult to engage in meaningful settlement discussions at this point; and

WHEREAS, counsel for the parties have agreed to seek mediation with a Federal Magistrate Judge after the cross-motions are determined; and

WHEREAS, the parties are required to exchange exhibits and other pretrial submissions by October 29, 2024, and soon thereafter meet other pretrial deadlines at significant cost; and

WHEREAS, to prepare to try a case involving a dozen plaintiffs requires substantial advance planning and coordination with respect to parties, witnesses, documents, etc. requiring significant time and expense.

THEREFORE, the Parties stipulate as follows:

The parties respectfully ask this court to stay existing pre-trial deadlines until after a decision on the cross motions for summary judgment and, if necessary, continue the trial date so that the parties can conduct a settlement conference in an effort to fully resolve or at least significantly reduce the scope of any needed trial, in terms of both the number of plaintiffs and the number of claims, once the Court has rendered its opinions.

**IT IS SO STIPULATED.**

DATED: October 22, 2024              **FRONTIER LAW CENTER**

*/s/ Manny Starr*
Manny Starr

Attorneys for Plaintiff
MARINO JAIR RODRIGUEZ; et al.

DATED: October 22, 2024              **ATKINSON, ANDELSON, LOYA, RUUD & ROMO**

*/s/ Ruth Bond*
Ruth Bond

Attorney for Defendant
SANTA CLARA VALLEY
TRANSPORTATION AUTHORITY

**ORDER**

**PURSUANT TO THE PARTIES' STIPULATION AND GOOD CAUSE APPEARING, IT IS HEREBY DENIED.**

Dated: 10/24/2024

