1

2

3

4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6

7    MARINO JAIR RODRIGUEZ, et al.,          Case No. 23-cv-01379-HSG

8                    Plaintiffs,              **ORDER TERMINATING THE CROSS-
                                              MOTIONS FOR SUMMARY**
9            v.                               **JUDGMENT WITHOUT PREJUDICE
                                              TO RENEWAL**
10   SANTA CLARA VALLEY
     TRANSPORTATION AUTHORITY, et al.,        Re: Dkt. Nos. 62, 77
11
                     Defendants.
12

13          Pending before the Court are the parties' cross motions for summary judgment as to

14   Plaintiffs' state law claims.  Dkt. Nos. 62, 77.  For the reasons discussed below, both motions are

15   TERMINATED WITHOUT PREJUDICE TO RENEWAL.

16          The Court recited the factual and litigation history of this matter in its first order

17   addressing these motions, and it will not repeat that background here.  *See* Dkt. No. 93; *Rodriguez

18   v. Santa Clara Valley Transportation Auth.*, No. 23-CV-01379-HSG, 2024 WL 4778049, at *1

19   (N.D. Cal. Nov. 12, 2024).  As relevant here, Plaintiffs brought eight claims against Defendant

20   Santa Clara Valley Transit Authority ("VTA")—a claim under 42 U.S.C. § 1983 for violations of

21   the Free Exercise and Establishment Clauses of the First Amendment and seven state law claims

22   under California law.  *See* Dkt. No. 28 ("Compl.").  VTA moved for summary judgment on

23   Plaintiffs' section 1983 claim and on several of Plaintiffs' state law claims.  *See* Dkt. Nos. 62

24   ("Mot."), 80 ("Opp"), 84 ("Reply").  Plaintiffs moved for partial summary judgment on multiple

25   state law claims.  *See* Dkt. Nos. 77 ("Cross Mot."), 79 ("Cross Opp."), 85 ("Cross Reply").

26          On November 12, 2024, the Court denied VTA's motion for summary judgment as to the

27   federal claim and directed the parties to file supplemental briefing regarding the proper standard of

28   review for this claim.  *See Rodriguez*, 2024 WL 4778049, at *6.  In that order, the Court declined

United States District Court
Northern District of California

to address (1) VTA's motion for summary judgment as to Plaintiffs' state law claims and (2) Plaintiffs' motion for summary judgment.  The Court took this approach because it concluded that "the standard of review is likely dispositive in resolving Plaintiffs' federal claim [and] the standard also impacts whether the Court would exercise supplemental jurisdiction over Plaintiffs' remaining state-law claims, because it would do so only if some federal claim survives."  *Id.* at *5.

The Court has now reviewed the parties' supplemental briefing.  *See* Dkt. Nos. 97, 98. Although the parties disagree regarding the appropriate mechanism to resolve the factual disputes identified in the Court's prior order, the parties agree that some sort of factual adjudication is necessary.  VTA "urges the Court to conduct an evidentiary hearing to resolve any factual disputes regarding the applicable standard of review," Dkt. No. 98, while Plaintiffs argue that "the factual issues . . . must be resolved by the jury."  Dkt. No. 97.  Regardless of mechanism, resolving these factual disputes will likely prove dispositive for Plaintiffs' federal claim, and, in turn, will affect whether the Court retains supplemental jurisdiction over the state law claims.  *See Rodriguez*, 2024 WL 4778049, at *5.

Accordingly, since the only issues left for resolution in the pending cross motions for summary judgment go to the state law claims and since the Court's future jurisdiction over these claims is uncertain, the Court TERMINATES WITHOUT PREJUDICE TO RENEWAL the cross motions for summary judgment, Dkt. Nos. 62, 77.  Once the factual issues bearing on the standard of review are resolved and the standard of review is determined, the parties may renew their motions for summary judgment as to the state law claims if the Court exercises jurisdiction over those claims.

**IT IS SO ORDERED.**

Dated:   3/3/2025

_Haywood S. Gilliam Jr._
HAYWOOD S. GILLIAM, JR.
United States District Judge