UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARINO JAIR RODRIGUEZ, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>SANTA CLARA VALLEY TRANSPORTATION AUTHORITY, et al.,<br><br>    Defendants. | Case No. 23-cv-01379-HSG<br><br>**AMENDED SCHEDULING ORDER** |

A case management conference was held on November 18, 2025. Having considered the parties' proposal, *see* Dkt. No. 123, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Pretrial Conference | March 3, 2026 at 3:00 p.m. |
| Jury Trial (5 days) | March 23, 2026 at 8:30 a.m. |

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's standing orders.

**IT IS SO ORDERED.**

Dated: 12/22/2025

                                              HAYWOOD S. GILLIAM, JR.
                                              United States District Judge