Manny Starr (319778)
manny@frontierlawcenter.com
**FRONTIER LAW CENTER**
6200 Canoga Ave., Suite 470
Woodland Hills, CA 91367
Telephone: (818) 914-3433
Facsimile: (818) 914-3433

Alan J. Reinach (196899)
ajreinach@churchstate.org
Jonathon Cherne (281548)
jcherne@churchstate.org
**CHURCH STATE COUNCIL**
2686 Townsgate Road,
Westlake Village, CA 91361
Telephone: (805) 413-7398
Facsimile: (805) 497-7099

Attorneys for Plaintiffs
MARINO JAIR RODRIGUEZ, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARINO JAIR RODRIGUEZ, et al., <br><br> Plaintiff(s), <br><br> v. <br><br> SANTA CLARA VALLEY TRANSPORTATION AUTHORITY; SHAW HR CONSULTING, INC.; and DOES 1 through 10, inclusive, <br><br> Defendant(s). | Case No. 4:23-cv-01379-HSG <br><br> **PLAINTIFF JAMES MATTHEW BUCKLEY'S NOTICE OF ACCEPTANCE OF RULE 68 OFFER OF JUDGMENT** <br><br> Judge: Hon. Haywood S. Gilliam, Jr. <br> Dept.: Courtroom 2 <br><br> Third Amended <br> Complaint Filed: August 1, 2023 <br> Trial Date: March 23, 2026 |

**PLEASE TAKE NOTICE THAT** Plaintiff JAMES MATTHEW BUCKLEY accepts Defendant SANTA CLARA VALLEY TRANSPORTATION'S offer of Judgement pursuant to Federal Rule of Civil Procedure 68, annexed hereto as **Exhibit A**.

1
2  DATED: February 13, 2026                          **FRONTIER LAW CENTER**
3
4                                                    */s/ Manny Starr*
                                                     MANNY STARR
                                                     Attorney for Plaintiffs
5                                                    MARINO JAIR RODRIGUEZ, et al.
6
7                                                    **CHURCH STATE COUNCIL**
8
9                                                    */s/ Alan Reinach*
                                                     ALAN J. REINACH
                                                     JONATHON CHERNE
10                                                   Attorneys for Plaintiffs
                                                     MARINO JAIR RODRIGUEZ, et al.
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT A

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A Professional Law Corporation
Ruth M. Bond   (SBN 214582)
   Ruth.Bond@aalrr.com
Jenica D. Maldonado   (SBN 266982)
   Jenica.Maldonado@aalrr.com
Jonathan A. McMahon   (SBN 239370)
   Jon.McMahon@aalrr.com
3 Harbor Drive, Suite 200
Sausalito, California 94965-1491
Telephone: (628) 234-6200
Fax: (628) 234-6899

Attorneys for Defendant
SANTA CLARA VALLEY TRANSPORTATION AUTHORITY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARINO JAIR RODRIGUEZ, an individual; JENNIFER NORRIS MENA, an individual; WILLIAM KENNEDY, an individual; ANNE MARIE RUIZ, an individual; ROBERT RICHARD BIRCHER, an individual; CHRISTOPHER MICHAEL SACIL, an individual; ELIZABETH ALVAREZ SANCHEZ, an individual; JAMES MATTHEW BUCKLEY, an individual; JOHN DAVID ROLLAND, an individual; MARTA MAHEALANI SACIL, an individual; MICHAEL EDWARD POYTHRESS, an individual; and TERRENCE DARBY, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>SANTA CLARA VALLEY TRANSPORTATION AUTHORITY; SHAW HR CONSULTING, INC.; and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No.    4:23-cv-01379-HSG<br><br>**EXEMPT FROM FEES**<br>**(PER GOV. CODE § 6103)**<br><br>**DEFENDANT SANTA CLARA VALLEY TRANSPORTATION AUTHORITY'S OFFER OF JUDGMENT TO PLAINTIFF JAMES MATTHEW BUCKLEY, PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 68**<br><br>Judge:   Hon. Haywood S. Gilliam, Jr.<br>Dept.:   Courtroom 2<br><br><br>Complaint Filed:   November 14, 2022<br>Removal Date:       March 23, 2023 |

Defendant SANTA CLARA VALLEY TRANSPORTATION AUTHORITY ("Defendant") hereby offers to allow entry of judgment against Defendant pursuant to Federal Rule of Civil Procedure 68 on the following terms (the "Offer of Judgment"):

Judgment in favor of Plaintiff JAMES MATTHEW BUCKLEY ("Plaintiff") and against Defendant SANTA CLARA VALLEY TRANSPORTATION AUTHORITY on all causes of action alleged by Plaintiff in Plaintiffs' Complaint in the sum of: Eighty-Five Thousand Dollars and Zero Cents ($85,000.00). This amount is inclusive of any and all damages, remedies, and relief of any kind, whether legal or equitable, including but not limited to compensatory damages, emotional distress damages, nominal damages, statutory damages (if any), all attorney's fees, all costs (taxable or non-taxable), and any interest (pre-judgment, post-judgment, or otherwise), that have been or could be sought by Plaintiff JAMES MATTHEW BUCKLEY in this action, including any fees, costs, or interest recoverable under 42 U.S.C. § 1988, the California Fair Employment and Housing Act, or any other statute, rule, or authority.

This Offer of Judgment is made for the purposes specified in Rule 68 of the Federal Rules of Civil Procedure and is not to be construed as an admission that Defendant is liable in this action or that Plaintiff has suffered any damages, but rather is made solely for the purpose of compromising a disputed claim. Defendant specifically disclaims any liability for any wrongful acts or omissions against Plaintiff.

Plaintiff has fourteen (14) days from the date on which this Offer of Judgment was served in which to accept it in writing. If Plaintiff accepts this Offer of Judgment, the Offer of Judgment will be filed with the Court and the Clerk of the Court will enter judgment that conforms to the terms that are set forth herein. If Plaintiff rejects this Offer of Judgment and fails to obtain a more favorable judgment than this Offer of Judgment, pursuant to Rule 68(d) of the Federal Rules of Civil Procedure, Defendant will seek an award of their costs of suit incurred after the date that this Offer of Judgment was served, which includes but is not limited to attorney's fees as permitted by law, and seek an order to preclude Plaintiff from recovering any attorneys' fees or costs incurred after the date that this Offer of Judgment was served.

/ / /

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
3 HARBOR DRIVE, SUITE 200
SAUSALITO, CALIFORNIA 94965-1491
TELEPHONE: (628) 234-6200
FAX: (628) 234-6899

Dated: January 30, 2026    ATKINSON, ANDELSON, LOYA, RUUD & ROMO

By: _____
Ruth M. Bond
Attorneys for Defendant
SANTA CLARA VALLEY TRANSPORTATION AUTHORITY

-3-

Case No.: 4:23-cv-01379-HSG    VTA'S RULE 68 OFFER TO JAMES MATTHEW BUCKLEY

55919516.1/006572.00005

# CERTIFICATE OF SERVICE

FRCP 5(B)

STATE OF CALIFORNIA, COUNTY OF MARIN

On January 30, 2026, I served the following document described as:

**DEFENDANT SANTA CLARA VALLEY TRANSPORTATION AUTHORITY'S OFFER OF JUDGMENT TO PLAINTIFF JAMES MATTHEW BUCKLEY, PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 68**

on the interested parties in this action as follows:

| | |
|---|---|
| Manny Starr<br>Collette Navasartian<br>Frontier Law Center<br>23901 Calabasas Rd, Suite 1084<br>Calabasas, CA 91302 | Attorneys for Plaintiffs<br>MARINO JAIR RODRIGUEZ, et al.<br><br>Telephone: (818) 914-3433<br>Facsimile: (818) 914-3433<br>Email: Manny@frontierlawcenter.com<br>Collette@frontierlawcenter.com |
| Alan J. Reinach<br>CHURCH STATE COUNCIL<br>2686 Townsgate Road<br>Westlake Village, CA 91359 | Attorneys for Plaintiffs<br>MARINO JAIR RODRIGUEZ, et al.<br><br>Telephone:   (805)413-7398<br>Facsimile:   (805)497-3828<br>Email:ajreinach@churchstate.org |
| Jonathan S. Cherne<br>Cherne Law PC<br>5776D Lindero Canyon Rd # 257<br>Westlake Village, CA 91362-4088 | Telephone: 818-851-1305<br>Facsimile:  not available<br>Email: jcherne@chernelaw.com |

✓ **BY EMAIL:** My business email address is laura.luz@aalrr.com. I sent such document to the email addresses listed above or on the attached Service List. Such document was scanned and emailed to such recipients and email confirmations will be maintained with the original document in this office indicating the recipients' email addresses and time of receipt pursuant to FRCP 5(B).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on January 30, 2026, at Sausalito, California.

*Laura L. Luz* (signature)
Laura L. Luz

- 4 -

Case No.: 4:23-cv-01379-HSG            PROOF OF SERVICE
55919516.1/006572.00005