Manny Starr (319778)
manny@frontierlawcenter.com
**FRONTIER LAW CENTER**
6200 Canoga Ave., Suite 470
Woodland Hills, CA 91367
Telephone: (818) 914-3433
Facsimile: (818) 914-3433

Alan J. Reinach (196899)
ajreinach@churchstate.org
Jonathon Cherne (281548)
jcherne@churchstate.org
**CHURCH STATE COUNCIL**
2686 Townsgate Road,
Westlake Village, CA 91361
Telephone: (805) 413-7398
Facsimile: (805) 497-7099

Attorneys for Plaintiffs
MARINO JAIR RODRIGUEZ, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARINO JAIR RODRIGUEZ, et al., <br><br> Plaintiff(s), <br><br> v. <br><br> SANTA CLARA VALLEY TRANSPORTATION AUTHORITY; SHAW HR CONSULTING, INC.; and DOES 1 through 10, inclusive, <br><br> Defendant(s). | Case No. 4:23-cv-01379-HSG <br><br> **PLAINTIFF ANNE MARIE RUIZ' NOTICE OF ACCEPTANCE OF RULE 68 OFFER OF JUDGMENT** <br><br> Judge: Hon. Haywood S. Gilliam, Jr. <br> Dept.: Courtroom 2 <br><br> Third Amended <br> Complaint Filed: August 1, 2023 <br> Trial Date: March 23, 2026 |

**PLEASE TAKE NOTICE THAT** Plaintiff ANNE MARIE RUIZ accepts Defendant SANTA CLARA VALLEY TRANSPORTATION'S offer of Judgement pursuant to Federal Rule of Civil Procedure 68, annexed hereto as **Exhibit A**.

---

1
PLAINTIFF ANNE MARIE RUIZ' NOTICE OF ACCEPTANCE OF RULE 68 OFFER OF JUDGMENT

DATED: February 13, 2026

**FRONTIER LAW CENTER**

*/s/ Manny Starr*
MANNY STARR
Attorney for Plaintiffs
MARINO JAIR RODRIGUEZ, et al.

**CHURCH STATE COUNCIL**

*/s/ Alan Reinach*
ALAN J. REINACH
JONATHON CHERNE
Attorneys for Plaintiffs
MARINO JAIR RODRIGUEZ, et al.