Manny Starr (319778)
Manny@frontierlawcenter.com
Frontier Law Center
23901 Calabasas Road, #2074
Calabasas, CA 91302
Telephone: (818) 914-3433
Facsimile: (818) 914-3433

CHURCH STATE COUNCIL
Alan J. Reinach, Esq. SBN. 196899
Jonathon S. Cherne, SBN. 281548
2686 Townsgate Road,
Westlake Village, CA 91359
Tel. 805.413-7398
Fax: 805.497-3828
E-mail: ajreinach@churchstate.org
        Jcherne@churchstate.org

Attorneys for Plaintiff
MARINO JAIR RODRIGUEZ, et al

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARINO JAIR RODRIGUEZ, an individual; JENNIFER NORRIS MENA, an individual; WILLIAM KENNEDY, an individual; ANNE MARIE RUIZ, an individual; ROBERT RICHARD BIRCHER, an individual; CHRISTOPHER MICHAEL SACIL, an individual; ELIZABETH ALVAREZ SANCHEZ, an individual; JAMES MATTHEW BUCKLEY, an individual; JOHN DAVID ROLLAND, an individual; MARTA MAHEALANI SACIL, an individual; MICHAEL EDWARD POYTHRESS, an individual; and TERRENCE DARBY, an individual<br><br>           Plaintiff(s),<br><br>   v.<br><br>SANTA CLARA VALLEY TRANSPORTATION AUTHORITY; and SHAW HR CONSULTING, INC.; and DOES 1 to 100, inclusive,<br><br>       Defendants. | CASE NO. 23-cv-01379-HSG<br><br>**JOINT STIPULATION REGARDING SUPPLEMENTAL BRIEFS FOR THE CROSS MOTIONS FOR SUMMARY JUDGMENT; ORDER**<br><br>[Complaint Filed: November 14, 2022]<br>Trial Date: |

The remaining Plaintiffs in this action, Marino Jair Rodriguez, Jennifer Norris Mena, William Kennedy, Robert Richard Bircher, Michael Edward Poythress, John David Rolland, and

-1-

Elizabeth Alvarez Sanchez and Defendant Santa Clara Valley Transportation Authority (collectively the "Parties") hereby stipulate and request as follows:

1. The Parties have met and conferred as required by the Court's Order following the further Case Management Conference held on February 17, 2026 (Dkt. 140).

2. The Parties' stipulate that the Opening Supplemental Briefs in support of their respective summary judgment motions shall be filed by 5:00 PM on February 24, 2026. The Opening Briefs shall be no more than ten pages in length.

3. The Parties' stipulate that the Oppositions to the respective supplemental summary judgment briefs shall be filed on or before February 27, 2026. The Opposition Briefs shall be no more than ten pages in length.

Respectfully submitted,

Dated: February 19, 2026

                              FRONTIER LAW CENTER
                              CHURCH STATE COUNCIL


                                      /s/ Jonathon Cherne
                          By: _____
                                  ALAN J REINACH
                                  JONATHON CHERNE
                                  MANNY M. STARR
                                  Attorneys for Plaintiffs
                              MARINO JAIR RODRIGUEZ, et al



Dated: February 19, 2026

                              ATKINSON, ANDELSON, LOYA, RUUD & ROMO

                                      /s/ Ruth Bond
                          By: _____
                                  RUTH M. BOND
                                  Attorneys for Defendant
                              SANTA CLARA VALLEY TRANSPORTATION
                                      AUTHORITY

-2-

**ORDER ON PARTIES' STIPULATION**

The Court has reviewed the Parties' Stipulation and the Court hereby adopts the briefing schedule proposed by the parties:

The Parties' Opening Supplemental Briefs in support of their respective summary judgment motions shall be filed by 5:00 PM on February 24, 2026.  The Opening Briefs shall be no more than ten pages in length.

The Parties' Oppositions to the respective supplemental summary judgment briefs shall be filed on or before February 27, 2026.  The Opposition Briefs shall be no more than ten pages in length.

IT IS SO ORDERED:


Dated:     2/19/2026                    _____
                                       HON. HAYWOOD S. GILLIAM, JR.