# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARINO JAIR RODRIGUEZ, et al.,<br>Plaintiffs,<br><br>        Plaintiffs,<br><br>        v.<br><br>VTA SANTA CLARA VALLEY TRANSPORTATION AUTHORITY; and DOES 1 through 10,<br><br>        Defendants. | Case No. 4:23-cv-01379-HSG<br><br>**ORDER RE: PLAINTIFF'S ADMINISTRATIVE MOTION FOR LEAVE FOR ADDITIONAL COUNSEL TO APPEAR REMOTELY AT PRETRIAL CONFERENCE**<br><br>**Date:** March 3, 2026<br>**Time:** 3:00 PM<br>**Judge:** Hon. Haywood S. Gilliam, Jr.<br><br>**Location**: Courtroom 2, 4th Floor 1301 Clay Street Oakland, California 94612 |

## ORDER

Based on the reasons provided, this Court grants Plaintiffs' administrative motion for Manny Starr to appear remotely via zoom for the March 3, 2026, PRETRIAL CONFERENCE hearing. The CRD will e-mail counsel the zoom information and instructions.

Honorable Judge Haywood S. Gilliam Jr.
United States District Court

1

ORDER RE: ADMINISTRATIVE MOTION FOR LEAVE TO APPEAR REMOTELY AT PRETRIAL
CONFERENCE