Manny Starr (319778)
manny@frontierlawcenter.com
**FRONTIER LAW CENTER**
6200 Canoga Ave., Suite 470
Woodland Hills, CA 91367
Telephone: (818) 914-3433
Facsimile: (818) 914-3433

Alan J. Reinach (196899)
ajreinach@churchstate.org
Jonathon Cherne (281548)
jcherne@churchstate.org
**CHURCH STATE COUNCIL**
2686 Townsgate Road,
Westlake Village, CA 91361
Telephone: (805) 413-7398
Facsimile: (805) 497-7099

Attorneys for Plaintiffs
MARINO JAIR RODRIGUEZ, et al.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARINO JAIR RODRIGUEZ, et al., Plaintiff(s), <br><br> Plaintiff(s), <br><br> v. <br><br> VTA SANTA CLARA VALLEY TRANSPORTATION AUTHORITY; and DOES 1 through 10, <br><br> Defendant(s). | Case No. 4:23-cv-01379-HSG <br><br> **PLAINTIFF'S ADMINISTRATIVE MOTION FOR LEAVE FOR JONATHON CHERNE TO APPEAR REMOTELY AT PRETRIAL CONFERENCE; ORDER** <br><br> **Date:** March 3, 2026 <br> **Time:** 3:00 PM <br> **Judge:** Hon. Haywood S. Gilliam, Jr. <br><br> **Location**: Courtroom 2, 4th Floor 1301 Clay Street Oakland, California 94612 |

1

ADMINISTRATIVE MOTION FOR LEAVE TO APPEAR REMOTELY AT PRETRIAL CONFERENCE

**PLEASE TAKE NOTICE THAT** Pursuant to Judge Gilliam's Standing Order, Plaintiff's lead trial counsel, Alan Reinach, **will appear in person**. However, non-lead counsel, Jonathon Cherne, respectfully requests to appear remotely at the Pretrial Conference scheduled for March 3, 2026 at 3:00 p.m. before the Honorable Haywood S. Gilliam, Jr., as he did at the prior conference.

The Standing Order provides that civil pretrial conferences are generally conducted in person and that counsel may not appear remotely absent a showing of good cause. Good cause exists for Plaintiff's additional counsel, Jonathon Cherne, to appear remotely as the Church State Council's office is located in Southern California, and in-person attendance would require substantial travel to the Northern District of California for what is anticipated to be a brief proceeding.

Permitting remote appearance for non-lead counsel would conserve party resources without prejudicing any party or disrupting the Court's schedule.

DATED: March 2, 2026

_Jonathon Cherne_
_____
Jonathon Cherne
Attorney for Plaintiff(s)
CHURCH STATE COUNCIL

2
ADMINISTRATIVE MOTION FOR LEAVE TO APPEAR REMOTELY AT PRETRIAL CONFERENCE

**ORDER**

Based on the reasons provided, this Court grants Plaintiff's motion for Jonathon Cherne to appear remotely via zoom for the March 3, 2026, PRETRIAL CONFERENCE hearing. The CRD will e-mail counsel the zoom information and instructions.

Haywood S. Gilliam Jr.
United States District Court Judge

ADMINISTRATIVE MOTION FOR LEAVE TO APPEAR REMOTELY AT PRETRIAL CONFERENCE