Manny Starr (319778)
manny@frontierlawcenter.com
**FRONTIER LAW CENTER**
6200 Canoga Ave., Suite 470
Woodland Hills, CA 91367
Telephone: (818) 914-3433
Facsimile: (818) 914-3433

Alan J. Reinach (196899)
ajreinach@churchstate.org
Jonathon Cherne (281548)
jcherne@churchstate.org
**CHURCH STATE COUNCIL**
2686 Townsgate Road,
Westlake Village, CA 91361
Telephone: (805) 413-7398
Facsimile: (805) 497-7099

Attorneys for Plaintiffs
MARINO JAIR RODRIGUEZ, et al.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARINO JAIR RODRIGUEZ, et al., Plaintiff(s),<br>Plaintiff(s),<br><br>v.<br><br>VTA SANTA CLARA VALLEY TRANSPORTATION AUTHORITY; and DOES 1 through 10,<br><br>Defendant(s). | Case No. 4:23-cv-01379-HSG<br><br>**PLAINTIFF'S ADMINISTRATIVE MOTION FOR LEAVE FOR JONATHON CHERNE TO APPEAR REMOTELY AT PRETRIAL CONFERENCE**<br><br>**Date:** August 18, 2026<br>**Time:** 3:00 PM<br>**Judge:** Hon. Haywood S. Gilliam, Jr.<br><br>**Location**: Courtroom 2, 4th Floor 1301 Clay Street Oakland, California 94612 |

**PLEASE TAKE NOTICE THAT** Pursuant to Judge Gilliam's Standing Order, Plaintiff's lead trial counsel, Alan Reinach, **will appear in person**. However, non-lead counsel, Jonathon Cherne, respectfully requests to appear remotely at the Pretrial Conference scheduled for August 18, 2026 at 3:00 p.m. before the Honorable Haywood S. Gilliam, Jr.

The Standing Order provides that civil pretrial conferences are generally conducted in person and that counsel may not appear remotely absent a showing of good cause. Good cause exists for Plaintiffs' additional counsel, Jonathon Cherne, to appear remotely as the Church State Council's office is located in Southern California, and in-person attendance would require substantial travel to the Northern District of California for what is anticipated to be a brief proceeding.

Permitting remote appearance for non-lead counsel would conserve party resources without prejudicing any party or disrupting the Court's schedule.

DATED: August 7, 2026

Jonathon Cherne

Jonathon Cherne
Attorney for Plaintiff(s)
CHURCH STATE COUNCIL

## ORDER

Based on the reasons provided, this Court grants Plaintiff's motion for Jonathon Cherne to appear remotely via zoom for the August 18, 2026, PRETRIAL CONFERENCE hearing. The CRD will e-mail counsel the zoom information and instructions.

DATED: 8/7/2026

