UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARINO JAIR RODRIGUEZ, et al.,

Plaintiffs,

v.

SANTA CLARA VALLEY TRANSPORTATION AUTHORITY, et al.,

Defendants.

Case No. 23-cv-01379-HSG

**ORDER**

Re: Dkt. No. 178

This matter came before the Court on Plaintiffs Christopher Sacil, Marta Sacil, Terrence Darby, Anne Marie Ruiz, and James Matthew Buckley's Administrative Motion for Entry of Judgment Pursuant to Federal Rule of Civil Procedure 68(a). In consideration of the parties' written submissions and good cause appearing, the Court hereby

**FINDS** that Plaintiffs Christopher Sacil, Marta Sacil, Terrence Darby, Anne Marie Ruiz, and James Matthew Buckley timely accepted Defendant's Rule 68 offers of judgment, and that the offers, notices of acceptance, and proofs of service were filed on the docket at ECF Nos. 131-135.

On the foregoing bases, the Court, being fully informed in the premises, hereby orders as follows:

**ORDERED** that Plaintiffs Christopher Sacil, Marta Sacil, Terrence Darby, Anne Marie Ruiz, and James Matthew Buckley's Administrative Motion for Entry of Judgment Pursuant to Federal Rule of Civil Procedure 68(a) be, and the same hereby is, GRANTED.

It is further **ORDERED** that pursuant to Federal Rule of Civil Procedure 68(a), the Clerk is directed to enter judgment forthwith as to Plaintiffs Christopher Michael Sacil, Marta Mahealani Sacil, Terrence Darby, Anne Marie Ruiz, and James Matthew Buckley in accordance with the terms of their accepted Rule 68 offers. It is further ORDERED that this Order does not affect the

United States District Court
Northern District of California

claims of the remaining Plaintiffs, whose claims remain pending.

The Clerk is hereby directed to provide notice.

**IT IS SO ORDERED.**

Dated: 8/20/2026

HAYWOOD S. GILLIAM, JR.
United States District Judge