UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARINO JAIR RODRIGUEZ, et al.,<br>Plaintiffs,<br>v.<br>SANTA CLARA VALLEY TRANSPORTATION AUTHORITY, et al.,<br>Defendants. | Case No.23-cv-01379-HSG<br><br>**JUDGMENT** |

The Court, having considered Plaintiffs' Administrative Motion for Entry of Rule 68 Judgments, the accepted offers of judgment filed with the Court, the notices of acceptance, the proofs of service, and the record in this action, enters judgment pursuant to Federal Rule of Civil Procedure 68(a) as follows:

Judgment is entered in favor of Plaintiff CHRISTOPHER MICHAEL SACIL and against Defendant SANTA CLARA VALLEY TRANSPORTATION AUTHORITY in accordance with the accepted offer of judgment filed as ECF No. 135, in the amount of $85,000.00, inclusive of costs and fees.

Judgment is entered in favor of Plaintiff MARTA MAHEALANI SACIL and against Defendant SANTA CLARA VALLEY TRANSPORTATION AUTHORITY in accordance with the accepted offer of judgment filed as ECF No. 134, in the amount of $85,000.00, inclusive of costs and fees.

Judgment is entered in favor of Plaintiff TERRENCE DARBY and against Defendant SANTA CLARA VALLEY TRANSPORTATION AUTHORITY in accordance with the accepted offer of judgment filed as ECF No. 133, in the amount of $45,000.00, inclusive of costs and fees.

United States District Court
Northern District of California

United States District Court
Northern District of California

Judgment is entered in favor of Plaintiff ANNE MARIE RUIZ and against Defendant SANTA CLARA VALLEY TRANSPORTATION AUTHORITY in accordance with the accepted offer of judgment filed as ECF No. 132, in the amount of $85,000.00, inclusive of costs and fees.

Judgment is entered in favor of Plaintiff JAMES MATTHEW BUCKLEY and against Defendant SANTA CLARA VALLEY TRANSPORTATION AUTHORITY in accordance with the accepted offer of judgment filed as ECF No. 131, in the amount of $85,000.00, inclusive of costs and fees.

This judgment resolves only the claims of Plaintiffs CHRISTOPHER MICHAEL SACIL, MARTA MAHEALANI SACIL, TERRENCE DARBY, ANNE MARIE RUIZ, and JAMES MATTHEW BUCKLEY against Defendant SANTA CLARA VALLEY TRANSPORTATION AUTHORITY that are subject to the accepted Rule 68 offers of judgment. The action remains pending as to all remaining plaintiffs, defendants, claims, and issues not resolved by these Rule 68 judgments.

**IT IS SO ORDERED.**

Dated: 8/20/2026

HAYWOOD S. GILLIAM, JR.
United States District Judge