ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A Professional Law Corporation
Ruth M. Bond (SBN 214582)
Ruth.Bond@aalrr.com
Jonathan McMahon (SBN 239370)
Jon.McMahon@aalrr.com
3 Harbor Drive, Suite 200
Sausalito, California 94965-1491
Telephone: (628) 234-6200
Fax: (628) 234-6899

Attorneys for Defendant
SANTA CLARA VALLEY TRANSPORTATION AUTHORITY

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
3 HARBOR DRIVE, SUITE 200
SAUSALITO, CALIFORNIA 94965-1491
TELEPHONE: (628) 234-6200
FAX: (628) 234-6899

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARINO JAIR RODRIGUEZ, an individual; JENNIFER NORRIS MENA, an individual; WILLIAM KENNEDY, an individual; ANNE MARIE RUIZ, an individual; ROBERT RICHARD BIRCHER, an individual; CHRISTOPHER MICHAEL SACIL, an individual; ELIZABETH ALVAREZ SANCHEZ, an individual; JAMES MATTHEW BUCKLEY, an individual; JOHN DAVID ROLLAND, an individual; MARTA MAHEALANI SACIL, an individual; MICHAEL EDWARD POYTHRESS, an individual; and TERRENCE DARBY, an individual ,

Plaintiffs,

v.

SANTA CLARA VALLEY TRANSPORTATION AUTHORITY and DOES 1 to 100, inclusive,

Defendants.

Case No. 4:23-cv-01379-HSG

DEFENDANT SANTA CLARA VALLEY TRANSPORTATION AUTHORITY'S ADMINISTRATIVE MOTION FOR LEAVE TO APPEAR REMOTELY AT PRETRIAL CONFERENCE ON AUGUST 25, 2026; ORDER

Judge: Hon. Haywood S. Gilliam, Jr.
Dept.: Courtroom 2

Date: August 25, 2026
Time: 2:00 p.m.
Courtroom: 2 (Fourth Floor)

Complaint Filed: November 14, 2022
Removal Date: March 23, 2023

PLEASE TAKE NOTICE THAT Counsel for Defendant Santa Clara Valley Transportation Authority, Ruth M. Bond, respectfully requests to appear remotely at the Pretrial Conference scheduled for August 25, 2026, before the Honorable Haywood S. Gilliam, Jr.

Good cause exists for Ms. Bond to appear remotely because on August 25, 2026, at 10:00 a.m., she is scheduled to defend the deposition of City of Vallejo City Attorney Veronica Nebb in the matter Lee v. City of Vallejo, Solano County Superior Court Case No. CU25-01773. This deposition was previously noticed and scheduled and could not be re-scheduled. The deposition will likely not be completed any earlier than 2:30 p.m., which would not allow sufficient time for Ms. Bond to get to the Pretrial Conference in person.

Permitting a remote appearance for Defendant's counsel would conserve party resources without prejudicing any party or disrupting the Court's schedule, and would not disrupt the deposition of City Attorney Nebb.

Dated: August 21, 2026

ATKINSON, ANDELSON, LOYA, RUUD & ROMO

By: */s/ Ruth M. Bond*

Ruth M. Bond
Jonathan A. McMahon
Attorneys for Defendant
SANTA CLARA VALLEY TRANSPORTATION AUTHORITY

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
3 HARBOR DRIVE, SUITE 200
SAUSALITO, CALIFORNIA 94965-1491
TELEPHONE: (628) 234-6200
FAX: (628) 234-6899

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
3 HARBOR DRIVE, SUITE 200
SAUSALITO, CALIFORNIA 94965-1491
TELEPHONE: (628) 234-6200
FAX: (628) 234-6899

**ORDER**

Based on the reasons provided, this Court grants Defendant's motion for Ruth M. Bond to appear remotely via Zoom for the August 25, 2026, Pretrial Conference before Hon. Haywood S. Gilliam, Jr.

**IT IS SO ORDERED.**

Dated: 8/24/2026

Haywood S. Gilliam Jr.
United States District Court Judge